387 A.2d 922

Graysay, Appellant, v. Arienzo et al.

Argued November 21, 1977. John B. Nicklas, Jr., with him McCrady, Nicklas & McCrady, for appellant; William K. Herrington, with him Weis & Weis, for appellees.

Order affirmed; petition for reargument denied May 2, 1978.

WATKINS, former P. J., did not participate in the consideration or decision of this case.